No. 79–6298.   DIOQUINO v. WORKERS' COMPENSATION AP-PEALS BOARD ET AL., 446 U. S. 944;

No. 79–6314.   IRVIN v. NANNI ET AL., 446 U. S. 985;

No. 79–6356.   HOP-WAH, AKA GREEN v. HOPPER, WARDEN, 446 U. S. 968;

No. 79–6404.   CROOKER v. U. S. DEPARTMENT OF JUSTICE, 447 U. S. 908;

No. 79–6405.   DAVIS v. NEW YORK, 446 U. S. 986;

No. 79–6412.   MUINA v. DEPARTMENT OF PROFESSIONAL LICENSING OF MONTANA ET AL., 446 U. S. 981;

No. 79–6422.   BURGER v. GEORGIA, 446 U. S. 988;

No. 79–6443.   PROFIT v. CITY OF NIAGARA FALLS, NEW YORK, ET AL., 447 U. S. 901;

No. 79–6450.   YOUNG v. BALTIMORE COUNTY BOARD OF EDUCATION ET AL., 446 U. S. 955;

No. 79–6457.   JOHNSON v. CARTER, PRESIDENT OF THE UNITED STATES, 447 U. S. 909;

No. 79–6470.   FRANKLIN v. GEORGIA, 447 U. S. 930;

No. 79–6487.   CRISAFI v. WIETHE, 447 U. S. 927;

No. 79–6488.   WOODARD v. WACHOVIA BANK & TRUST CO. ET AL., 447 U. S. 928;

No. 79–6494.   GINSBURG v. TIGHE, 447 U. S. 910;

No. 79–6540.   PROFFITT v. UNITED STATES, 447 U. S. 910;

No. 79–6551.   SMILEY v. CORCORAN, LOS ANGELES COUNTY CLERK, ET AL., 447 U. S. 910;

No. 79–6594.   RUCKER v. CITY OF SAINT LOUIS ET AL., 447 U. S. 910;

No. 79–6605.   WESTOVER v. UNITED STATES, 447 U. S. 929; and

No. 79–6614.   DOBBS v. HOPPER, WARDEN, 447 U. S. 930. Petitions for rehearing denied.

No. 79–912.   HANRAHAN ET AL. v. HAMPTON ET AL., 446 U. S. 754; and

No. 79–914.   JOHNSON ET AL. v. HAMPTON ET AL., 446 U. S. 754.   Petition for rehearing denied.   MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.